[Crim. No. 2235. In Bank.—May 20, 1919.]

THE PEOPLE, Respondent, v. PEDRO RICO, Appellant.

[1] CRIMINAL LAW—MURDER—DEGREE OF CRIME—PROVINCE OF JURY.—
In a prosecution for murder, the question of the degree of the crime
is exclusively for the jury, and their determination will not be dis-
turbed when there is any evidence to support it.

[2] ID.—PREMEDITATION—SUFFICIENCY OF EVIDENCE.—In this prosecu-
tion for the crime of murder, it is held there was clearly sufficient
evidence to sustain the conclusion of a deliberate purpose and
intent on the part of the defendant to kill.

APPEAL from a judgment of the Superior Court of San
Bernardino County.  J. W. Curtis, Judge.  Affirmed.

The facts are stated in the opinion of the court.

Albert D. Trujillo for Appellant.

U. S. Webb, Attorney-General, and Joseph L. Lewinsohn,
Deputy Attorney-General, for Respondent.

THE COURT.—The defendant, Pedro Rico, charged by
information with the crime of murder, was convicted of mur-
der in the first degree, and appeals from the judgment pro-
nounced on such conviction.

It is shown by the evidence that the defendant, who for
some time immediately preceding the commission of the
homicide was a boarder in the household of Mrs. Manuela
P. de Ortiz and her husband, in the city of San Bernardino,
was on the morning of October 29, 1918, ordered by both
Mr. and Mrs. Ortiz to leave the premises, the reason appar-
ently being that he had failed to pay for his board and lodg-
ing.  He left, and shortly thereafter returned and obtained
his clothes, which he took away.  During the early evening
of the same day, between 5 and 6 o'clock, he again returned
to the house, and finding Mrs. Ortiz in the kitchen engaged
in her work, he made an assault on her with a razor and cut
her throat, inflicting a wound from which she instantly died.
It appeared that he had been drinking whisky to some extent
during the day, but the evidence in regard to this is such
that it cannot be held that the jury was not warranted in

concluding that he knew fully what he was doing and was acting with a deliberate purpose and intent to kill the deceased. Upon the question of the effect of intoxicants the jury was correctly instructed. The principal point made in the appellant's brief is substantially that the evidence fails to show the premeditation which is an essential element of the first degree of the crime of murder. [1] As said in *People* v. *Machuca,* 158 Cal. 62, 64, [109 Pac. 886, 887], "this court has repeatedly declared that the question of the degree of crime is exclusively for the jury, and their determination will not be disturbed when there is any evidence to support it." [2] In this case there was clearly sufficient evidence to sustain the conclusion of a deliberate purpose and intent on the part of the defendant to kill.

A few rulings of the trial court in the matter of admission of evidence are complained of. Counsel has not specified wherein the error as to any of these rulings exists and, so far as we can see, each of the rulings was correct.

This being a capital case we have carefully examined the whole record. To our minds it discloses no reason to doubt that the proceedings in the court below were entirely without error, and that the conclusion of the jury is fully sustained by the evidence.

The judgment is affirmed.

Shaw, J., Wilbur, J., Melvin, J., Lennon, J., Olney, J., Lawlor J., and Angellotti, C. J., concurred.